IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GRACIELA PACHECO, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 7-17-CV-00323 |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY AND ERIC WULF, | § § § § § § | |
| Defendants. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Graciela Pacheco and Defendants United Property & Casualty Insurance Company and Eric Wulf hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendants are hereby dismissed with prejudice, with each party to bear its own costs, if any.

Respectfully submitted,

**GREEN & BARTON**

/s/ *Hunter M. Klein*
HUNTER M. KLEIN
State Bar No. 24082117
klein@greentriallaw.com
1201 Shepherd Drive
Houston, Texas 77007
(713) 227-4747 – Telephone
(913) 621-5900 – Fax
**COUNSEL FOR PLAINTIFF**

*signed with permission*

And

/s/ *Rhonda J. Thompson*
Rhonda J. Thompson
Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
Drew A. Jones
State Bar No. 24083269
Southern District No. 2078317

**THOMPSON, COE, COUSINS & IRONS, LLP**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: drew.jones@thompsoncoe.com

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 3, 2018, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

Hunter M. Klein
Green & Barton
1201 Shepherd Drive
Houston, Texas 77007
*Counsel for Plaintiff*

/s/ *Drew A. Jones*
Drew A. Jones